IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ALFONSO WOOD, #51758**  **PETITIONER**

**VERSUS**  **CIVIL ACTION NO. 5:05cv223DCB-RHW**

**STATE OF MISSISSIPPI, JIM HOOD,**
**and CHRISTOPHER EPPS**  **RESPONDENTS**

**ORDER**

The petitioner, an inmate of the Mississippi Department of Corrections, filed this habeas corpus petition pursuant to 28 U.S.C. § 2254. Upon review of the petition submitted the Court has determined that clarification of the relief requested in this case is needed. Accordingly, it is, hereby,

ORDERED:

1. That within twenty (20) days of the entry of this order petitioner shall file a written response to specifically states the relief he is requesting from this Court. The petitioner is advised that his response should be clear and complete.

2. That the petitioner file his response with the Clerk of Court, P.O. Box 23552, Jackson, Mississippi 39225-3552.

3. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will result in this cause being dismissed without prejudice and without further notice to the petitioner.**

THIS, the 9th day of May, 2006.

s/Robert H. Walker
UNITED STATES MAGISTRATE JUDGE