IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALFONSO WOOD                                                                                         PETITIONER

VS.                                                         CIVIL ACTION NO. 5:05CV223DCB-MTP

STATE OF MISSISSIPPI, et al                                           RESPONDENTS

<u>JUDGMENT</u>

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Alfonso Wood's Petition for Writ of Habeas Corpus [1] should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Alfonso Wood's Petition for Writ of Habeas Corpus [1] be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the <u>  16th  </u> day of September, 2008.

                                                                         <u>     s/ David Bramlette              </u>
                                                                     UNITED STATES DISTRICT JUDGE